IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANDREW NOEL     PLAINTIFF

VS.     CIVIL ACTION NO. 4:07cv167-DPJ-JCS

PATRICIA BLACK and
WILLIE BOOKERT     DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order, judgment is entered in favor of Defendants, and Plaintiff's claims are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 29th day of June, 2009.

/s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE